GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
TROY CHATTARIYANGKUL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 12-71281-MAG |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER MODIFYING CONDITIONS** |
| vs. ) | **OF PRETRIAL RELEASE** |
| ) | |
| TROY CHATTARIYANGKUL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

To enable the Defendant's ability to travel with his children to the San Diego area, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant's travel shall be restricted to the State of California.
2. All other conditions shall remain the same.

Dated: January 8, 2013                                    Dated: January 8, 2013

/s/                                                                      /s/
_____                            _____
GAIL SHIFMAN                                                JOHN HEMANN
Attorney for Defendant                                    Assistant U.S. Attorney

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                         1

[~~PROPOSED~~] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant's travel shall be restricted to the State of California.
2. All other conditions of supervised release shall remain the same.

Dated: January __11__, 2013

_____
UNITED STATES MAGISTRATE JUDGE