MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TROY CHATTARIYANGKUL,<br><br>    Defendant. | No. 3-12-71281-MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME PURSUANT<br>TO FED. R. CRIM. P. 5.1 AND 18 U.S.C.<br>§ 3161(h) |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until February 21, 2013, and the hearing scheduled for February 5, 2013, vacated.

2. Counsel for the United States and the defendant wish to exchange certain information, and to meet and confer prior to the time of Indictment to discuss a potential resolution of the case. Counsel for the defendant believes based on the charge alleged in the Complaint that it is in the best interest of the defendant to obtain further information, consult with the defendant, and meet with the government prior to Indictment; counsel for the government believes that it is in the interests of justice to do so. The parties agree that extending the time limits of Rule 5.1

serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

3. The hearing scheduled for February 5, 2013, for defendant Chattariyangkul should be vacated. The next court appearance in this case shall be February 21, 2013, 2013, at 9:30 am before the duty magistrate in San Francisco, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

DATED:  
MELINDA HAAG  
United States Attorney

/s/  
_____  
JOHN H. HEMANN  
Assistant United States Attorney

DATED:  
/s/  
_____  
GAIL SHIFMAN  
Counsel for Troy Chattariyangkul

[~~PROPOSED~~] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO ORDERED.

DATED: February 5, 2013  
_____  
MARIA-ELENA JAMES  
Chief United States Magistrate Judge