MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3-12-71281-MAG |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE DATE AND EXCLUDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 & 18 U.S.C. § 3161** |
| TROY CHATTARIYANGKUL, | ) | |
|     Defendant. | ) | |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until July 18, 2013, and the hearing scheduled for June 28, 2013, vacated.

2. Counsel for the United States and the defendant wish to exchange certain information, and to meet and confer prior to the time of Indictment to discuss a potential resolution of the case. Counsel for the defendant believes based on the charge alleged in the Complaint that it is in the best interest of the defendant to obtain further information, consult with the defendant, and meet with the government prior to Indictment; counsel for the government believes that it is in the interests of justice to do so. The parties agree that extending the time limits of Rule 5.1

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 3-12-71281

serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

3. The hearing scheduled for June 28, 2013, should be vacated. The next court appearance in this case shall be July 18, 2013, 2013, at 9:30 am before the duty magistrate in San Francisco, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

                                      MELINDA HAAG
                                      United States Attorney

DATED: June 26, 2013                 _____/s/_____
                                      CAROLYN SILANE
                                      Special Assistant United States Attorney

DATED: June 26, 2013                 _____/s/_____
                                      GAIL SHIFFMAN
                                      Attorney for Troy Chattariyangkul

## [PROPOSED] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

DATED: June 28, 2013                 _____
                                      HON. LAUREL BEELER
                                      United States Magistrate Judge